UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Carolyn Diviacchi

          Plaintiff(s)

v.    CIVIL ACTION NO. 15cv10655-WGY

Hess Corporation et al

          Defendant(s)

## JUDGMENT IN A CIVIL CASE

YOUNG DJ

_____   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED:**

**In accordance with the FINDINGS OF FACT AND RULINGS OF LAW entered on June 12, 2015, the Court rules in favor of Hess and DENIES Diviacchis request for an injunction barring Hess from requiring her to enter her zip code when paying for gas with her credit card.**

                                                             ROBERT M. FARRELL
                                                              CLERK OF COURT

                                                              /s/Matthew A. Paine

Dated: JUNE 16, 2015                        By _____
                                                                    Deputy Clerk